**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Timothy Michael Drever; Patriot Coil Services USA Corp., n/k/a Raven Well Services USA Corp.; and Patriot Equipment LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| | ) | |
| v. | ) ) | |
| Arlon Franz; Don Franz; and Grizzly Coil Tubing Services, Inc., | ) ) | |
| | ) | Case No. 1:24-cv-072 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on April 16, 2025, at 9:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call  (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 3rd day of October, 2024.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court