## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Timothy Michael Drever and Patriot Coil Services USA Corp., n/k/a Ravel Well Services USA Corp.,; Patriot Equipment, Ltd., | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Arlon Franz; Don Franz; and Grizzly Coil Tubing Services, Inc., | ) ) ) | Case No. 1:24-cv-072 |
| Defendants. | ) ) | |

On April 11, 2025, the Parties filed a Stipulation for Continuance of Trial and Request for Status Conference. (Doc. No. 16). Advising that discovery has been delayed for a variety of reasons, they request that the trial scheduled for April 27, 2026, be continued and that the mid-discovery status conference scheduled for April 16, 2025, be converted to a status conference to discussing scheduling/rescheduling in this matter.

The court **ADOPTS** the Parties' stipulation. (Doc. No. 16). Instead of a mid-discovery status conference, the court shall hold a status conference with the Parties on April 16, 2025, at 9:00 AM by telephone to discuss revisions to the scheduling order along with a new trial date. To participate in the status conference, the Parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 14th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court