# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Timothy Michael Drever and Patriot Coil Services USA Corp., n/k/a Ravel Well Services USA Corp.; Patriot Equipment, Ltd., <br><br> Plaintiffs, <br><br> vs. <br><br> Arlon Franz; Don Franz; and Grizzly Coil Tubing Services, Inc., <br><br> Defendants. | **ORDER** <br><br><br><br> Case No. 1:24-cv-072 |

On April 11, 2025, the Parties filed a Stipulation for Continuance of Trial and Request for Status Conference. (Doc. No. 16). On April 16, 2025, the court held a status conference with the Parties. Pursuant to its discussion with the Parties, the court **ORDERS**:

1. The final pretrial conference on April 14, 2026, shall be rescheduled for November 23, 2026, at 10:00 AM by telephone. To participate in the conference, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

2. The jury trial on April 27, 2026, shall be rescheduled for December 7, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A seven (7) day trial is anticipated.

3. The Parties shall meet and confer and thereafter submit an amended scheduling plan by April 30, 2025.

Dated this 16th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court