## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Timothy Michael Drever and Patriot Coil Services USA Corp., n/k/a Raven Well Services USA Corp.,; Patriot Equipment, Ltd., Plaintiffs, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Arlon Franz; Don Franz; and Grizzly Coil Tubing Services, Inc., | ) ) | Case No. 1:24-cv-072 |
| Defendants. | ) ) | |

On May 28, 2026, the court held a status conference with the Parties by telephone. Pursuant to its discussion with the Parties, the undersigned **ORDERS**:

(1)    The final pretrial conference on November 23, 2026, shall be rescheduled for November 22, 2027, at 10:00 AM by telephone. To participate in the conference, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

(2)    The jury trial on December 7, 2026, shall be rescheduled for December 6, 2027, at 9:00 AM in Bismarck (Eagle Courtroom) before the Judge Hovland.  A seven (7) day trial is anticipated.

(3)    The Parties shall meet and confer and thereafter submit an amended scheduling plan by June 22, 2026.

Dated this 28th day of May, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court